JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER WILLS, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:15-CV-01382- JAK-AS |
| Plaintiff, | | **JUDGMENT** |
| vs. | | |
| MIDLAND FUNDING LLC; a Delaware limited liability company; and DOES 1 through 10, inclusive, | | |
| Defendants. | | |

  The Court having granted Defendant Midland Funding LLC's Motion for Judgment on the Pleadings as to Plaintiff Christopher Wills's First Amended Complaint and dismissed the First Amended Complaint with prejudice,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Christopher Wills shall take nothing from Defendant Midland Funding LLC, that Judgment is hereby entered in favor of Defendant Midland Funding LLC on the

1

PROPOSED JUDGMENT

1  First Amended Complaint, that the First Amended Complaint is hereby dismissed
2  with prejudice.

5  Dated: 3/28/16

    HON. JOHN A. KRONSTADT
    UNITED STATES DISTRICT JUDGE